IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN E. SINGER,<br><br>    *Plaintiff*,<br><br> v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    *Defendant*.<br>--------------------------------------------------------<br>CONTINENTAL CASUALTY COMPANY,<br><br>    *Counter-Plaintiff*,<br><br> v.<br><br>BRIAN SINGER, and ALLIANCE ADJUSTMENT GROUP, INC.,<br><br>    *Counter-Defendants*. | CIVIL ACTION<br>No. 16-01138 |

**ORDER**

 **AND NOW**, this 24th day of June, 2016, upon consideration of the parties' Motions for Judgment on the Pleadings (ECF Nos. 13, 19), Responses (ECF Nos. 16, 20) and Replies (ECF Nos. 21–23), it is **ORDERED** that the motions are **DENIED**.

             BY THE COURT:

             ***/s/ Gerald J. Pappert***
             GERALD J. PAPPERT, J.